# First District Court of Appeal
## State of Florida

_____

No. 1D18-1234
_____

MERIENNE BLAKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Merienne Blake, pro se, Appellant.

Ashley B. Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.